UNITED STATES of America, Plaintiff–Appellee

v.

Jose Luis ORTIZ, also known as Pelon, also known as Jose Ortiz, also known as Raymundo Garcia Garcia, Defendant–Appellant.

No. 08–41161. Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2009.

Ernest Gonzalez, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Jose Luis Ortiz, Federal Correctional Institution Seagoville, Seagoville, TX, pro se.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Luis Ortiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ortiz has filed a response. Our independent review of the record, counsel's brief, and Ortiz's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.